IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Civil No. 3:06-CV-121-LAC |
| | ) | |
| Plaintiff-Respondent, | ) | Crim. No. 3:03-CR-101-LAC–02 |
| | ) | |
| v. | ) | Senior Judge Lacey A. Collier |
| | ) | Magistrate Judge Miles Davis |
| **GUSTAVO MANCHA,** | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |

**NOTICE OF APPEARANCE FOR PETITIONER MANCHA
IN PENDING MOTION UNDER 28 U.S.C. § 2255**

Defendant-Petitioner Gustavo Mancha ("Mancha") gives notice of the appearance of attorney Jeffrey M. Brandt, Esq., Robinson & Brandt, P.S.C., 11331 Grooms Road, Suite 3000, Cincinnati, Ohio 45242 as his counsel in the pending motion under 28 U.S.C. § 2255. Counsel has also filed a memorandum of law in support of that motion this same day.

                                        Respectfully submitted,

                                        Robinson & Brandt, P.S.C.

Dated: 24 March 2006             /s/    <u>Jeffrey M. Brandt</u>
                                                        Jeffrey M. Brandt, Esq.
                                                         Ohio Reg. 0065475
                                                         Kentucky Reg. 86568
                                                         11331 Grooms Road
                                                         Suite 3000
                                                          Cincinnati, Ohio 45242
                                                         (513) 381-8033 voice
                                                         (513) 381-8043 facsimile

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of March 2006, I filed the foregoing notice of appearance with the court's Electronic Filing System, which should serve an electronic copy upon Edwin F. Knight, Assistant U.S. Attorney, 21 East Garden Street, Suite 400, Pensacola, FL 32502.

/s/     Jeffrey M. Brandt
          Jeffrey M. Brandt, Esq.